AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE HERIBERTO GARCIA-LOMELI

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0558-JM

I, JOSE HERIBERTO GARCIA-LOMELI, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before JUDICIAL OFFICER

FILED
FEB 28 2008
COURT
CALIFORNIA
DEPUTY

FEB. 13. 2008 9:59AM US ATTORNEY(RECORDS) NO. 2790 P. 7/11